■ Niagara Resin and Recycling, Inc., et al., Appellants, v The Hanover Insurance Company, Respondent. [748 NYS2d 124] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered June 5, 2001, which granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Niagara County, Lane, J. Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.